IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD BASCIANO | : | |
| | : | |
| vs. | : | CIVIL ACTION NO. 02-3752 |
| | : | |
| CARL CORDEK et al. | : | |

**ORDER**

    **AND NOW,** this    day of       , 2002, the court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

- [ ]    - Order staying these proceedings pending disposition of a related action.

- [ ]    - Order staying these proceedings pending determination of arbitration proceedings.

- [ ]    - Interlocutory appeal filed

- [X]    - Other: Order staying these proceeding pending the appointment of substitute Executors for the Estate of Samuel Rappaport, Deceased by the Court of Common Pleas of Bucks County, Pennsylvania.

it is
    **ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

    **FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

                                   **BY THE COURT:**

                                   _____
                                   HARVEY BARTLE III,       J.

Civ. 13 (8/80)